```
                              United States Bankruptcy Court
                               Southern District of Iowa
In re:                                                         Case No. 11-02510-als
Luisa M Tiano                                                  Chapter 7
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0863-4          User: admin               Page 1 of 2           Date Rcvd: Sep 27, 2011
                              Form ID: 1B18             Total Noticed: 36


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 29, 2011.
db          +Luisa M Tiano,    1223 SW Emma Ave.,    Des Moines, IA 50315-3848
801685609   +Bank Of The West,    2339 Kamehameha Hwy,    Honolulu, HI 96819-2311
801685612    Chest, Infectious Disease & CRI,    1601 NW 114th St #347,    Clive, IA 50325-7046
801685614   +Dermatology PC,    6000 University, STE 450,    West Des Moines, IA 50266-8296
801685615    Diagnostic Imaging Associates,    PO Box 14549,    Des Moines, IA 50306-3549
801685616   +General Service Bur,    8429 Blondo St,    Omaha, NE 68134-6200
801685620   +Iowa Digestive Disease Center, PC,    1378 NW 124th Street,    Clive, IA 50325-8151
801685621    JC Christensen & Associates, Inc,    PO Box 519,    Sauk Rapids, MN 56379-0519
801685622   +Medical Oncology,    1221 Pleasant Street,    Des Moines, IA 50309-1424
801685623   +Mercy Clinics, Inc,    PO Box 1475,    Des Moines, IA 50305-1475
801685625   +Mercy Medical Center Des Moines,    PO BOX 4953,    Des Moines, IA 50305-4953
801685624    Mercy Medical Center Des Moines,    111 6th Ave.,    Des Moines, IA 50314-3190
801685626   +Mercy Professional Practice Association,    PO Box 4925,    Des Moines, IA 50305-4925
801685627   +Pathology Assoc. of CE,    7017 John Deere Parkway,    Moline, IL 61265-8072
801685628   +Pathology Assoc. of Central Iowa,    2231 NW 108th St.,    Clive, IA 50325-3729
801685629    Primary Health Care,    PO Box 1321,    Des Moines, IA 50305-1321
801685630   +Quest Diagnostics,    PO BOX 809403,    Chicago, IL 60680-9403
801685633   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U S Bank,    101 5th St E Ste A,    Saint Paul, MN 55101)
801685635   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 5227,    Cincinnati, OH 45201)
801685636   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  Us Bank,    Po Box 790084,    Saint Louis, MO 63179)
801685638   ++WELLS FARGO BANK NA,    WELLS FARGO HOME MORTGAGE AMERICA S SERVICING CO,    ATTN BANKRUPTCY DEPT,
               MAC X7801-014,    3476 STATEVIEW BLVD,    FORT MILL SC 29715-7203
             (address filed with court:  Wells Fargo Hm Mortgag,    8480 Stagecoach Cir,    Frederick, MD 21701)
801685637    Walter J. Riley, MD, PC,    315 University,    Des Moines, IA 50314-3128
801685639    Wff,    34204 Van Dyke Ave Suite 1-I,    Sterling Heights, MI 48312-4647
801685642   +Zwicker & Associates, PC,    Attorneys at Law,    80 Minuteman Road,    Andover, MA 01810-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
801685608   +E-mail/Text: bknotices@bankofthewest.com Sep 28 2011 00:54:37     Bank Of The West,
               1450 Treat Blvd,    Walnut Creek, CA 94597-7579
801685610    EDI: CHASE.COM Sep 28 2011 00:48:00      Card Member Service,    PO Box 94014,
               Palatine, IL 60094-4014
801685611   +EDI: CHASE.COM Sep 28 2011 00:48:00      Chase,   Po Box 15298,    Wilmington, DE 19850-5298
801685613   +EDI: CREDPROT.COM Sep 28 2011 00:48:00      Credit Protection Asso,    13355 Noel Rd Ste 2100,
               Dallas, TX 75240-6837
801685617   +E-mail/Text: bankruptcy@hraccounts.com Sep 28 2011 00:54:21     H & R Accounts Inc,
               7017 John Deere Pkwy,    Moline, IL 61265-8072
801685618   +E-mail/Text: bkynotice@harvardcollect.com Sep 28 2011 00:54:48     Harvard Collection Services,
               4839 N Elston Avenue,    Chicago, IL 60630-2589
801685619   +EDI: HFC.COM Sep 28 2011 00:48:00      Hfc,   Po Box 3425,    Buffalo, NY 14240-3425
801685632    EDI: NEXTEL.COM Sep 28 2011 00:48:00      Sprint,    PO Box 740602,    Cincinnati, OH 45274-0602
801685631   +EDI: SEARS.COM Sep 28 2011 00:48:00      Sears/Cbsd,    Po Box 6189,    Sioux Falls, SD 57117-6189
801685636    EDI: USBANKARS.COM Sep 28 2011 00:48:00      Us Bank,    Po Box 790084,    Saint Louis, MO 63179
801685634    EDI: URSI.COM Sep 28 2011 00:48:00      United Recovery Systems,    PO Box 722929,
               Houston, TX 77272-2929
801685640   +EDI: WFNNB.COM Sep 28 2011 00:48:00      Wfnnb/Lane Bryant,    4590 E Broad St,
               Columbus, OH 43213-1301
801685641   +EDI: HFC.COM Sep 28 2011 00:48:00      Younkers,    Retail Services,    Dept 7680,
               Carol Stream, IL 60116-0001
                                                                                               TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 29, 2011**                    **Signature:**    _Joseph Speetjens_

**B18 (Official Form 18) (12/07)**

# United States Bankruptcy Court
Southern District of Iowa
110 E. Court Ave., Suite 300
Des Moines, IA 50309
www.iasb.uscourts.gov
**Case No. 11−02510−als7**
**Chapter 7**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Luisa M Tiano
   1223 SW Emma Ave.
   Des Moines, IA 50315

Social Security No.:
   xxx−xx−9933

Employer's Tax I.D. No.:

## DISCHARGE OF DEBTOR

It appearing that the debtor is entitled to a discharge,

**IT IS ORDERED:**

The debtor is granted a discharge under section 727 of title 11, United States Code, (the Bankruptcy Code).

                                      BY THE COURT

Dated: 9/27/11                                     Judge Anita L. Shodeen
                                                  United States Bankruptcy Judge

**SEE THE BACK OF THIS ORDER FOR IMPORTANT INFORMATION.**

# EXPLANATION OF BANKRUPTCY DISCHARGE
# IN A CHAPTER 7 CASE

This court order grants a discharge to the person named as the debtor. It is not a dismissal of the case and it does not determine how much money, if any, the trustee will pay to creditors.

**Collection of Discharged Debts Prohibited**

The discharge prohibits any attempt to collect from the debtor a debt that has been discharged. For example, a creditor is not permitted to contact a debtor by mail, phone, or otherwise, to file or continue a lawsuit, to attach wages or other property, or to take any other action to collect a discharged debt from the debtor. *[In a case involving community property:* There are also special rules that protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.] A creditor who violates this order can be required to pay damages and attorney's fees to the debtor.

However, a creditor may have the right to enforce a valid lien, such as a mortgage or security interest, against the debtor's property after the bankruptcy, if that lien was not avoided or eliminated in the bankruptcy case. Also, a debtor may voluntarily pay any debt that has been discharged.

**Debts That are Discharged**

The chapter 7 discharge order eliminates a debtor's legal obligation to pay a debt that is discharged. Most, but not all, types of debts are discharged if the debt existed on the date the bankruptcy case was filed. (If this case was begun under a different chapter of the Bankruptcy Code and converted to chapter 7, the discharge applies to debts owed when the bankruptcy case was converted.)

**Debts That are Not Discharged.**

Some of the common types of debts which are <u>not</u> discharged in a chapter 7 bankruptcy case are:

a. Debts for most taxes;

b. Debts incurred to pay nondischargeable taxes;

c. Debts that are domestic support obligations;

d. Debts for most student loans;

e. Debts for most fines, penalties, forfeitures, or criminal restitution obligations;

f. Debts for personal injuries or death caused by the debtor's operation of a motor vehicle, vessel, or aircraft while intoxicated;

g. Some debts which were not properly listed by the debtor;

h. Debts that the bankruptcy court specifically has decided or will decide in this bankruptcy case are not discharged;

i. Debts for which the debtor has given up the discharge protections by signing a reaffirmation agreement in compliance with the Bankruptcy Code requirements for reaffirmation of debts; and

j. Debts owed to certain pension, profit sharing, stock bonus, other retirement plans, or to the Thrift Savings Plan for federal employees for certain types of loans from these plans.

**This information is only a general summary of the bankruptcy discharge. There are exceptions to these general rules. Because the law is complicated, you may want to consult an attorney to determine the exact effect of the discharge in this case.**